1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BOBBIE J. MONTOYA
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone:  (916) 554-2775
5  Facsimile:   (916) 554-2900
   Email:  Bobbie.Montoya@usdoj.gov
6

7  Attorneys for Petitioner United States of America

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | **1:16-cv-00628-LJO-JLT** |

12 | Petitioner, | **ORDER TO DISMISS AND CLOSE CASE** |

13 | v. |

14 | MIKE FRANTZESKAKIS, fdba JOHN'S BURGERS, |

15 | Respondent. |

16

17

18    Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i),

19 Dkt. 8, the Court DIMISSES without prejudice the Petition Re: Tax Summons Enforcement in

20 the above-referenced case.  The Clerk of Court is directed to CLOSE THIS CASE.

21

22 IT IS SO ORDERED.

23    Dated:  **June 17, 2016**              **/s/ Lawrence J. O'Neill**
24                                            UNITED STATES CHIEF DISTRICT JUDGE

25

26

27

28

ORDER TO DISMISS AND CLOSE CASE    1